**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Carla Darlene Holder and Christopher Cunningham,
Defendants,

Of whom Carla Darlene Holder is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-000427

―――――――――――

Appeal From Pickens County
Karen S. Roper, Family Court Judge

―――――――――――

Unpublished Opinion No. 2021-UP-038
Submitted February 2, 2021 – Filed February 5, 2021

―――――――――――

**AFFIRMED**

―――――――――――

Mary Elizabeth Parrilla, of The Parrilla Law Firm, LLC, of Anderson, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

James C. Alexander, of Alexander Law Firm, LLC, of Pickens, for the Guardian ad Litem for the children.

Nima Fiuzat, of Fiuzat Law Offices, P.C., of Clemson, Guardian ad Litem for the appellant.

---

**PER CURIAM:**  Carla Darlene Holder appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Holder's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and HUFF and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.